*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark**<br>**Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
\_\_\_\_ Trademarks or **X** Patents. ( \_\_\_\_ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>1:22–cv–05683–RMB–MJS | DATE FILED<br>9/28/2022 | U.S. DISTRICT COURT<br>CAMDEN, NJ |
|---|---|---|
| PLAINTIFF<br>NEXUS PHARMACEUTICALS, INC. | | DEFENDANT<br>NEVAKAR, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 11,426,369 | 8/30/2022 | NEXUS PHARMACEUTICALS, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|

\_\_\_ Amendment   \_\_\_ Answer   \_\_\_ Cross Bill   \_\_\_ Other Pleading

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ James Balfour | DATE<br>9/28/2022 |
|---|---|---|

**Copy 1––Upon initiation of action, mail this copy to Director Copy 3––Upon termination of action, mail this copy to Director**
**Copy 2––Upon filing document adding patent(s), mail this copy to Director Copy 4––Case file copy**